106 F.3d 395
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Jimmy WILLARD, Petitioner-Appellant,
v.
Michael MOORE, Commissioner of the South Carolina Department
of Corrections; Attorney General of The State of
South Carolina, Respondents-Appellees.
 No. 96-6684.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 23, 1997.
Decided Jan. 31, 1997.
 
 Appeal from the United States District Court for the District of South Carolina, at Greenville. C. Weston Houck, Chief District Judge. (CA-95-1478-6-2AK)
 Jimmy Willard, Appellant Pro Se.
 Donald John Zelenka, Chief Deputy Attorney General, Columbia, SC, for Appellees.
 Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Jimmy Willard appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub.L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Willard v. Moore, No. CA-95-1478-6-2AK (D.S.C. Mar. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED